TEXAS MEDICAL LIABILITY
TRUST, Relator,

v.

Hon. Robert GARZA, Judge of the 138th
Judicial District Court of Cameron
County, Texas, Respondent.

No. 13–95–516–CV.

Court of Appeals of Texas,
Corpus Christi.

Oct. 3, 1996.

Michael G. Mullen, Jessie Alliene Amos, Brown, McCarroll & Oaks Hartline, Austin, for Relator.

Sheila Ellwood Skaggs, Asst. Attorney General, Tort Litigation Division, Austin, for Real Parties in Interest.

Before YAÑEZ, CHAVEZ and RODRIGUEZ, JJ.

### ORDER

PER CURIAM.

At the direction of the Texas Supreme Court, we VACATE our prior judgment of March 14, 1996, which conditionally granted mandamus against the trial court.